MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: (212) 637-2722
Facsimile:  (212) 637-2687
E-mail: robert.yalen@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
FAITH HABACHI and GEORGE HABACHI,

     Plaintiffs,   : ECF Case

   v.   : No. 07 Civ. 11053 (LLS)

UNITED STATES OF AMERICA,   : **NOTICE OF MOTION**

     Defendant.
------------------------------------------------------------------------x

  PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendant's Motion to Dismiss George Habachi's Claim, to Limit Faith Habachi's Claim, and to Strike Plaintiffs' Jury Demand, dated February 13, 2008, the Declaration of Bettie E. Goldman, dated February 12, 2008, the Declaration of Robert William Yalen, dated February 13, 2008, and upon all the pleadings and other papers filed in this action, defendant, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Louis L. Stanton, United States District Judge, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for an order dismissing George Habachi's claim in its

entirety, limiting Faith Habachi's demand for relief to $1,000,000, and striking plaintiffs' jury demand, and for such other relief as the Court deems just.

Dated: New York, New York
February 13, 2008

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        *Attorney for Defendant*

By:   /s/ Robert William Yalen
      ROBERT WILLIAM YALEN
      Assistant United States Attorney
      Telephone: (212) 637-2722
      Facsimile:  (212) 637-2687

To:   Fred Robert Rosenthal
      Parker & Waichman, LLP
      111 Great Neck Road
      Great Neck, NY 11021
      *Attorney for Plaintiffs*