ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
FAITH HABACHI,

            Plaintiff,                  07 civ. 11053 (LLS)

      -against-                         ORDER

UNITED STATES OF AMERICA,

            Defendant.
----------------------------------x
```

The parties having resolved the issues raised in defendant's motion (Docket No. 4) to dismiss George Habachi's claim, to limit Faith Habachi's claim, and to strike plaintiffs' jury demand by stipulation and order of partial dismissal so ordered on March 21, 2008, the clerk is directed to dismiss the motion.

So ordered.

```
Dated: New York, NY
       July 17, 2008
```

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.

- 1 -